No. 142, Misc. McGRUDER v. MASSACHUSETTS. Sup. Jud. Ct. Mass. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. Petitioner *pro se*. *Matthew J. Ryan, Jr.*, for respondent.

No. 370, Misc. SPICA v. MISSOURI. Sup. Ct. Mo. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Robert W. Yost* for petitioner. *Norman H. Anderson*, Attorney General of Missouri, and *James J. Murphy*, Assistant Attorney General, for respondent.

No. 504, Misc. JUPITER v. CALIFORNIA LEGISLATURE ET AL. Sup. Ct. Cal. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. Petitioner *pro se*. *Thomas C. Lynch*, Attorney General of California, and *Edsel W. Haws* and *Anthony S. Da Vigo*, Deputy Attorneys General, for respondents.

No. 490, Misc. BRYANT v. WILKINS, WARDEN. Ct. App. N. Y. Certiorari denied on representation of Attorney General of New York that there is an adequate state remedy available to petitioner. Petitioner *pro se*. *Louis J. Lefkowitz*, Attorney General of New York, and *Anthony J. Lokot*, Assistant Attorney General, for respondent.

No. 594, Misc. PERT v. WAINWRIGHT, CORRECTIONS DIRECTOR. Sup. Ct. Fla. Certiorari denied on representation of Attorney General of Florida that there is an adequate state remedy available to petitioner. Petitioner *pro se*. *Earl Faircloth*, Attorney General of Florida, and *George R. Georgieff*, Assistant Attorney General, for respondent.